JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIRHOSSEIN SHIRINGOHARIAN, <br><br> Petitioner, <br><br> v. <br><br> JOHN KATAVICH, Warden, <br><br> Respondent. | Case No. CV 15-5480-PSG (SP) <br><br> **JUDGMENT** |

Pursuant to the Memorandum and Order Dismissing Petition for Failure to Prosecute and Failure to Exhaust,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: November 12, 2015

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE